UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECILIA RUIZ GONZALEZ, et al.,

    Plaintiffs,

v.

                                        Case No. 1:24-cv-967

TAQUERIA EL TEXANO LLC, et al.,           HON. JANE M. BECKERING

    Defendants.
_____/

## **ORDER**

This is a civil action. Plaintiffs filed a Motion for Entry of Default Judgment (ECF No. 16). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 18) on October 28, 2025, recommending that the motion be granted. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment (ECF No. 16) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: November 19, 2025                                      /s/ Jane M. Beckering
                                                                     JANE M. BECKERING
                                                                     United States District Judge