UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECILIA RUIZ GONZALEZ, et al.,

      Plaintiffs,

                                      Case No. 1:24-cv-967

v.

                                      HON. JANE M. BECKERING

TAQUERIA EL TEXANO LLC, et al.,

      Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action.  Plaintiffs filed a Petition for Attorney Fees and Costs (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 23) on January 27, 2026, recommending that this Court grant the petition in full.  The Report and Recommendation was duly served on Plaintiffs.[1]  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Petition for Attorney Fees and Costs (ECF No. 21) is GRANTED for the reasons stated in the Report and Recommendation.  Plaintiffs are awarded $6,534.00 in fees and $1,934.68 in costs.

Dated: February 17, 2026                    /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                          United States District Judge

---

[1] Defendants have still not appeared in this matter.  Default Judgment (ECF No. 20) was entered on November 19, 2025.